# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONNA BOUDREAUX, WIFE OF AND
CURTIS BOUDREAUX

VERSUS

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA, OCEANS
BEHAVIORAL HOSPITAL OF
DERIDDER, LLC, KENNETH SMITH
AND SHAMETHA SMITH

NO.  2020 CW 0979

CONSOLIDATED WITH

NO. 2020 CW 1034


**DECEMBER 07, 2020**

---

In Re:   Coverys   Specialty   Insurance   Company   and   Donna
Boudreaux, Wife of and Curtis Boudreaux, applying for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 688371.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT GRANTED.** After a de novo review, accepting as true the
allegations set forth in plaintiffs' petition, we conclude that
the claims sound in tort and do not fall within the provisions
of the Louisiana Medical Malpractice Act.   Accordingly, the
district court erred in sustaining the defendant's exception of
prematurity and staying the matter pending a review panel's
decision.   The September 28, 2020 district court judgment is
reversed and the exception of prematurity filed by defendant,
Oceans Behavioral Hospital of Deridder, LLC, is denied.   See
**Rivera v. Bolden's Transportation Service, Inc.,** 2011-1669 (La.
App. 1st Cir. 6/28/12), 97 So.3d 1096.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT